

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-85,993-01 & WR-85,993-02

### EX PARTE ESEQUIEL MENDEZ JR., Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 07-CR-756-D & 05-CR-262-D
### IN THE 103RD DISTRICT COURT
### FROM CAMERON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of theft in two cases and was sentenced to two and four years' imprisonment, respectively.

The trial court entered findings of fact and conclusions of law recommending that Applicant's claims be denied. After a review of the record and the findings, we agree that Applicant's claims are without merit. Therefore, we deny relief. *Ex parte Torres*, 943 SW2d 469, 472 (Tex. Crim. App. 1997).

Applicant's claims for pre-sentence jail time credit are dismissed. *Ex parte Ybarra*, 149 S.W.3d 147, 148-49 (Tex. Crim. App. 2004); *Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010).

DELIVERED: December 7, 2016
DO NOT PUBLISH